**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL ACTION NO.  <u>6:23-CR-7-CHB-HAI</u>**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                                    **<u>STATUS REPORT</u>**

**BRENDEN DAVID MARTIN**                                    **DEFENDANT**

\* \* \* \* \* \*

Pursuant to the Court's Order (DE 53 at ¶ 3), the United States submits the following status report:

Following the Court's order for evaluation, the Defendant's case was submitted to the BOP's Office of Medical Designations and Transportation for designation to a facility. Per the undersigned's most recent communications with USMS personnel, the Defendant was designated to FMC Butner on the date of this filing.

                                             Respectfully submitted,

                                             CARLTON S. SHIER, IV
                                             UNITED STATES ATTORNEY

                            By:    <u>/s/ W. Pearce Nesbitt</u>
                                     Assistant United States Attorney
                                     601 Meyers Baker Road, 2nd Floor
                                     London, Kentucky 40741
                                     (606) 330-4833
                                     william.nesbitt@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that on May 1, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.

                                                 /s/ W. Pearce Nesbitt
                                                 Assistant United States Attorney