UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

Eastern District of Kentucky
**FILED**
SEP 10 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Criminal Action No. 6:23-CR-007-CHB-1 |
| V. | ) |
| BRENDEN DAVID MARTIN, | ) COURT'S ADVICE OF RIGHT TO APPEAL |
| Defendant. | ) |

*** *** *** ***

You are notified by this court that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which on proper appeal will review this case and determine whether there has been an error of law. However, a defendant may waive those rights as part of a plea agreement, and you have entered into a plea agreement which waives some or all of your rights to appeal the conviction. Such waivers are generally enforceable, but if you believe the waiver is unenforceable, you can present that theory to the appellate court.

If you do not have sufficient money to pay for the appeal, you have a right to apply for leave to appeal <u>in forma pauperis</u>, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal and so request, the Clerk of this Court shall prepare and file forthwith a notice of appeal on your behalf. With few exceptions, this notice of appeal must be filed within fourteen (14) days from the date of entry of this judgment.

If you do not have sufficient funds to employ an attorney, the Court of Appeals may appoint your present attorney or another to prosecute the appeal for you.

ACKNOWLEDGMENT

The above statement has been read and/or furnished to me this the 10th day of September, 2024.

_____
Brenden Martin
Defendant

_____
Attorney for Defendant

Witness: _____, Deputy Clerk